

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT 2013
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. _1:13CV00015 BSMgg_    Jury Trial: ☑ Yes  ☐ No
(Check One)

I.    Parties

In item A below, place your full name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

Name of plaintiff: _Steven Coly-Obama_

ADC # _145160_

Address: _300 Corrections Drive   Newport, AR. 72112_

Name of plaintiff: _____

ADC # _____

**This case assigned to District Judge** _Miller_
**and to Magistrate Judge** _Volpe_

Address: _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 22 2013
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Name of plaintiff: _____

ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Brad Robertson_

Position: _Sergeant_

Place of employment: _AR. Dept. of Corrections_

Address: _300 Corrections Drive, Newport AR. 72112_

Name of defendant: _Mr. Weisenbach_

Position: _Corporal_

Place of employment: _AR. Dept. of Corrections_

Address: _300 Corrections Drive    NewPort AR. 72112_

Name of defendant: _Mr. Davidson_

Position: _Correction Officer 1st Class_

Place of employment: _AR. Dept. OF Corrections_

Address: _300 Corrections Drive NewPort AR. 72112_

Name of defendant: _Christopher Budnik_

Position: _MAJOR_

Place of employment: _AR. Dept Of Corrections_

Address: _300 Corrections Drive NewPort AR. 72112_

II.    Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III.    Previous lawsuits

A    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✔ No

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _SAME_

Defendants: _SAME_

☐    Court (if federal court, name the district; if state court, name the county):

AR. STATE CLAIMS COMMISSION

☐ Docket Number: _____ 13 - 0314-cc _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____ YES _____

☐ Approximate date of filing lawsuit: _____ 10 - 15 - 2012 _____

☐ Approximate date of disposition: _____

IV.    Place of present confinement: _____ Grimes Correctional Facility _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

___✓___ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_ No ___

.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _✓_ No ___

If not, why? _____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

SEE ATTACHED COMPLAINT
BY THE CLAIMS COMMISSION

Please Read Instructions on Reverse Side of Yellow copy

**Please print in ink or type**

# BEFORE THE STATE CLAIMS COMMISSION
Of the State of Arkansas

☑ Mr.
☐ Mrs.
☐ Ms.
☐ Miss

Steven Cody, #145160 _____, **Claimant**

vs.

**State of Arkansas, Respondent**

| Do Not Write in These Spaces |
|---|
| Claim No. _____ |
| Date Filed _____ |
| (Month)   (Day)   (Year) |
| Amount of Claim $ _____ |
| Fund _____ |

## COMPLAINT

Steven Cody, #145160 ____, the above named Claimant, of 300 Corrections Dr, Newport, AR 72112
(Name)                                                    (Street or R.F.D. & No.)                        (City)

_____ County of JACKSON _____ represented by SELF
(State)  (Zip Code)  (Daytime Phone No.)                    (Legal Counsel, if any, for Claim)

of _____, says:
(Street and No.)        (City)        (State)    (Zip Code)    (Phone No.)    (Fax No.)

State agency involved: AR. DEPT. of CORRECTIONS - GRIMES Amount sought: $ 800 (Negotiable)

Month, day, year and place of incident or service: AUGUST 8th 2012 - GRIMES UNIT

Explanation: ON 8-7-12 at approx. 12:35pm I was placed in restraints (handcuffs/shackles) and taken to medical. I returned at approx. 1:30pm and was placed back in cell #108 and the shackles were never removed. Co Davidson, Sgt Robertson and Cpl Wiesenbach left my cell door and I realized then when I went to step up on the toilet to talk to the vent that the restraints were still on. I then yelled for them to come remove the restraints but due to others yelling already I was told to "shut-up". I completed an affidavit at this time. I yelled again but NO avail. Major Budnik and Capt Emsweller were in the barracks and I yelled for them, they paused and told me to stop yelling then left the barracks. I NEVER yelled/kicked again for FEAR of a Disciplinary. Sgt Naroca came to my door and advised he'd be back to remove them but no avail. I went to sleep and the restraints tightened while I slept causing me to lose circulation in my legs. I was "FORCED" to sleep in restraints. I finally removed the restraints myself after 11½ hours and received NO help removing restraints. Officers I feel retaliated against me in this instance for the grievances I've filed (see Ex A-C). Officers at fault are as follows: Co Davidson, Co Morris, Co Thorton, Cpl Wiesenbach, Co McDaniel, Sgt Naroca, Sgt Robertson, Sgt Grey, Capt Emsweller, Major Budnik/Dep Warden Gibbs. I feel no video footage be pulled of incident.

As parts of this complaint, the claimant makes the statements, and answers the following questions, as indicated: (1) Has claim been presented to any state department or officer thereof?
YES ; when? 8 7 12 ; to whom? ADC-Grimes Under/Dep. Director M. Evans
(Yes or No)   (Month) (Day) (Year)                       (Department)
and Ray Hobbs - Director and that the following action was taken thereon: _____

and that $ 0 was paid thereon: (2) Has any third person or corporation an interest in this claim? NO ; if so, state name and address

_____
(Name)        (Street or R.F.D. & No.)      (City)      (State)    (Zip Code)

and that the nature thereof is as follows: _____
_____ ; and was acquired on _____, in the following manner:

THE UNDERSIGNED states on oath that he or she is familiar with the matters and things set forth in the above complaint, and that he or she verily believes
that they are true. Steven Cody-Obama                    _____ #145160
                                                              (Signature of Claimant/Representative)

VIII.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$5000 Joint+/Severally by each Defendant $5,000 each from Defendants IN compensatory damages for Physical/Emotional Injuries and punitive damages against each Defendant, plus any other relief I'm entitled to,

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14th day of February, 20 13 .

_____

_____

Signature(s) of plaintiff(s)

Revised 03/19/09

## Continued

I have Statement (Responses From the WARDENS of GRIMES UNIT and (see Ex. D-F).

I have a Response from where I Notified the Deputy Director Marka Evans (see Ex. G).

Affidavit filed In this matter Is Attached. (see Ex. H)

U.S. Dept. Of Justice Complaint Is Attached to show I started to FILE w/ the D.O.J. But decided Not to. (see Ex. I)

Responses from the Board Of corrections on how I'd betns deprived Access to the LAW Library which Is to further show I was being retaliated against. (see Ex. J)

Response from Mailroom supervisor K. Smith of their (UNIT) holding my mail. (Ex. K)

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ___SQUIER___  ~SHAKLES~  ~Received/Grievance~

Name ___Steve Eddy Obama___   AUG 15 2012  ~times of~

ADC# __145166__ Brks # _SEG/12_ Job Assignment __Punction__

FOR OFFICE USE ONLY
GRV. # CR-12-01578
Date Received: 81512
GRV. Code #: 599

_8812_ (Date) STEP ONE: Informal Resolution

_8-13-12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _I need Action to be taken to ensure I'm not Retaliated against and Behavior Rectified._

_8-8-12_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _I feel I may be Retaliated against and I have to constantly be around these officers_

_Is this Grievance concerning Medical or Mental Health Services?_ __NO__ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): _On 8-7-12 at approx 12:35pm I was placed in restraints to go to medical. I was in full restraints (Double-Hand cuffs and Shackles). I returned at approx 1:30pm and was NEVER removed out of the shackles. I completed an Affidavit at this time. I yelled I needed to be removed out of restraints but NO Avail. Major Budnik/Capt. Ensweller were in the Barracks when I yelled but NO Avail. I never kicked the cellor for fear of the shackles tightening and Rec'd write a Disciplinary which I didn't need or want. I was forced to sleep w/ restraints on till 11:30pm when I felt for scruff shower. I was in restraints for approx. 11½ hours. Officers failed to do their jobs (C.O. Davidson / Sgt. Robertson) therefore I was left in restraints. All I want is to go to population but can't seem to do with these incidents constantly happening. This was cruel/unusual Punishment violation of 8th/14th Amendment._

Inmate Signature ___Steve Eddy Obama___   Date _8-8-2012_

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _8-8-12_ (date), and determined to be **Step One** and/or an Emergency Grievance __No__ (Yes or No). This form was forwarded to medical or mental health? __NO__ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_Sgt. N. Naraccon_  _43414_  _Sgt. Naran_  _8-8-12_

**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _This ~complaint~ matter has been investigated + information turned over to the Management of this Unit._

_Sgt. N. Naran_  _P-10-12_   ___Steve Eddy Obama___  _8-10-12_
**Staff Signature & Date Returned**   **Inmate Signature & Date Received**

This form was received on _8-13-12_ (date), pursuant to **Step Two**. Is it an Emergency? __YES__ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt. Dewart_  RECEIVED  Date: _8-13-12_
Action Taken: _____ (Forwarded to Grievance Officer (Warden) Other) Date: _8-13-12_  SEP 04 2012
If forwarded, provide name of person receiving this form: _D/W Guy_   Date: _8-13-12_

------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK**— Inmate Receipt; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.  ~INMATE GRIEVANCE SUPERVISOR~  ~ADMINISTRATION BUILDING~

IGTT400

3GR

Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Cody/Obama, Steven/Ismael D.</u> ADC #:  <u>145160A</u>

FROM: <u>Jeffrey, Ricky M</u>          TITLE:  <u>ADC Inmate Grievance Coord</u>

DATE:  <u>08/15/2012</u>          GRIEVANCE #:  <u>GR-12-01518</u>

Please be advised, I have received your Grievance dated  <u>08/08/2012</u> on  <u>08/15/2012</u> .

You should receive communication regarding the Grievance by  <u>09/13/2012</u>

_____

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

○  This Grievance will be adressed by the Warden/Center Supervisor or designee.

○  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

○  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

○  This Grievance has been determined to be an emergency situation, as you so indicated.

○  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

○  This Grievance was REJECTED because it was either non-grievable (  ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____     _____     _____

Inmate Signature                    ADC #                Date

IGTT400                    Page 1 of 1

IGTT410
3GS

Attachment III

INMATE NAME: <u>Cody/Obama, Steven/Ismael</u> ADC #:    GRIEVANCE #: <u>GR-12-</u>
<u>D.</u>                                                                       01518
                                                  145160A

### WARDEN/CENTER SUPERVISOR'S DECISION

This matter was investigated, you did have possession of the restraints. You did not have the
restraints on for the entire time period. This is proven by your own admission and staff
statements. You also were approached by multiple staff while you had possession of the
restraints and did not advise them you had them. Therefore, I find this grievance without merit.

_____          _____          _____
Signature of Warden/Supervisor or           Title                              Date
          Designee                       *Warden*                           *8-29-12*

                                                          RECEIVED

                                                          SEP 0 4 2012

**INMATE'S APPEAL**                    INMATE GRIEVANCE SUPERVISOR
                                        ADMINISTRATION BUILDING

If you are not satisfied with this response, you may appeal this decision within five working days
by filling in the information requested below and mailing it to the appropriate Chief
Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that
you are appealing the decision to the original grievance. Do not list additional issues, which are
not part of your original grievance as they will not be addressed. Your appeal statement is
limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

*I had the Restraints on for 11 1/2 hours and
I've admitted that IN MY own admission and staff statements
will corroborate that. I notified all staff who were
mentioned IN this Grievance but NO Avail. Sgt. Goforth
searched my cell on 8-7-12 and found pills alleredy and wrote
a disciplinary how could he search and not retrieve the
Restraints after I removed them at 11:30PM?*

_____          _____          RECEIVED
          *Obama*                        *145160*    *3GS*

                                                          AUG 2 9 2012

IGTT410                        Page 1 of 2                    **WARDEN'S OFFICE**

IGTT405
. 3GT

Attachment V

## ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO: Inmate <u>Cody/Obama, Steven/Ismael D.</u>

ADC #: <u>145160A</u>

FROM: <u>Evans, Marvin Jr</u>

TITLE: <u>Deputy Director</u>

RE: Receipt of Grievance <u>GR-12-01518</u>   DATE: <u>09/04/2012</u>

Please be advised, the appeal of your grievance dated <u>08/08/2012</u>
was received in my office on this date <u>09/04/2012</u>

**You will receive communication from this office regarding this Grievance by** <u>10/16/2012</u>

☐  The time allowed for appeal has expired

☐  The matter is non-grievable and does not involve retaliation:

   ☐  (a) Parole and/or Release matter

   ☐  (b) Transfer

   ☐  (c) Job Assignment unrelated to medical restriction

   ☐  (d) Disciplinary matter

   ☐  (e) Matter beyond the Department's control and/or matter of State/Federal law

   ☐  (f) Involves an anticipated event

☐  You did not send all the proper Attachments:

   ☐  (a) Unit Level Grievance Form (Attachment 1)

   ☐  (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)

   ☐  (c) Did not give reason for disagreement in space provided for appeal

   ☐  (d) Did not complete Attachment III or IV with your name, ADC#, and/or date

   ☐  (e) Unsanitary form(s) or documents received

   ☐  (f) This Appeal was REJECTED because it was a duplicate of     , or was frivolous or vexatious

IGTT440
3GE

*Seg*      Attachment X

# GRIEVANCE EXTENSION

TO INMATE: Cody/Obama, Steven/Ismael D.      ADC#: 145160
FROM: Evans, Marvin Jr                       TITLE: Grievance Officer
DATE: 10/16/2012                               GRIEVANCE #: GR-12-01518

ADDITIONAL TIME IS NECESSARY IN ORDER TO:
In an effort to thoroughly investigate your complaint more time is needed to gather pertinent information regarding your claim. Thank you for your time in this matter.

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:  10/23/2012

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding its merit.

☐ DISAGREE    By disagreeing with this extension, I waive my right to have this grievance issue considered, and acknowledge I have not exhausted the grievance process as necessary to pursue a complaint.

_____      ADC#: 145160      Date: _____
       Inmate Signature

_____                              _____
   Warden/Center Supervisor Signature                      Date

_____                         10|16|12
Chief Deputy/Deputy/Assistant Director/Director Signature          Date

IGTT440                      Page 1 of 1

IGTT440
3GE

Attachment X

# GRIEVANCE EXTENSION

TO INMATE:   Cody/Obama, Steven/Ismael D.

FROM:  Evans, Marvin Jr

DATE:  11/13/2012

ADC#:  145160

TITLE:  Deputy Director

GRIEVANCE #:  GR-12-01518

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

It is our sincerest apology that you did not receive correspondence timely due to the holiday. However, in an effort to thoroughly investigate your complaint more time is needed to gather pertinent information regarding your claim. Thank you for your time in this matter and again our apologies for the oversight.

YOU WILL RECEIVE COMMUNICATION FROM THIS OFFICE BY:  11/27/2012

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding its merit.

☐ DISAGREE      By disagreeing with this extension, I waive my right to have this grievance issue considered, and acknowledge I have not exhausted the grievance process as necessary to pursue a complaint.

ADC#: 145160   Date: _____

_____
Inmate Signature

_____
Warden/Center Supervisor Signature

_____
Date

_____
Chief Deputy/Deputy/Assistant
Director/Director Signature

11/13/12
_____
Date

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:GR-12-01518

I have received the appeal of grievance GR-12-01518.

I have reviewed the Warden's response and supporting documentation and find that I concur with the unit in that you did have possession of the restraints; however they were not on you the entire time period. You were approached by multiple staff while you had possession of the restraints and did not advise them you had them. Corrective action was taken by the unit to prevent this from happening in the future. No merit in your appeal that you were left in the restraints.

Appeal denied.

_____    1-24-13
Director                                          Date

# AFFIDAVITS

STATE OF ARKANSAS
County of __JACKSON__

I, __Steven Cody-Okama__ #145160, further swear, depose and state that:

ON 8-7-12 at approx. 12:35pm I was placed in full restraints and was then escorted to Medical. I returned at approx. 1:30pm and was __NEVER__ removed out of the shackles. I completed an Affidavit of the said incident on the above date. I yelled I needed to be removed out of restraints but to NO AVAIL. He sent the GRIMES UNIT They are of a ZERO-Tolerance Nature so had I kicked and banged on the cell door I'd have received a major Disciplinary. I also feared that the restraints would tighten. I went to sleep B/C I couldn't get any officer who was NOT COUNTING to listen. If we interrupt count that's a Disciplinary too. I went to sleep and awakened to my legs being numb. I went to Shift Shove/ but I removed the restraints prior to that at 11:30pm. I was in restraints for __11½ hours__ W/O any attention. Officers have failed to do their jobs (CO Davidson, Sgt. Robertson, Cpl. Wiesenbach, and CO Thonton), therefore as a result I was left in Restraints.

All I want to do is go to Population and can't seem to do for these and other frivolous incidents constantly happening.

This Is/Was Cruel and unusual Punishment in violation of my 8th and 14th Amendment Rights to the U.S. Constitution.

_____ 8-10-12
Signature of Inmate/Date

End of Statement
Claimant
EX. "H"

Subscribed and Sworn to before me a Notary Public on this 10 Day of __Aug__ 2012.

_____
Notary Public

20 JAN, 2016
MY COMM. EXP.



**U.S. Department of Justice**
Office of Justice Programs
*Office for Civil Rights*

## COMPLAINT VERIFICATION INFORMATION

Your name, address, and telephone number(s):

Steven C. Obama #145160
300 Corrections Drive
Newport, AR. 72112

Name, address, and telephone number(s) of person(s) who discriminated against you: CO Thornton, CO Morris, CPl. Wekenbach, Sgt. Robertson, Col Davidson, Major Budnik, Capt. EMSweller, Sgt. Naralon

300 Corrections Drive
Newport, AR. 72112
(870) 512-2225

Name, address and telephone number(s) of agency or organization involved in your complaint:

A.R. Dept. of Corrections - Grimes Unit
P.O. Box 8707
Pine Bluff, AR. 71611

Are there other persons or organizations involved in this discrimination case? _NO_
If yes, please give the names, addresses and telephone numbers below:

NAME                          ADDRESS                          TELEPHONE

_____    _____    _____

_____    _____    _____

Which of the following describes the nature of the discrimination involved?

✓Race/Color    ____National Origin    ____Religion    ____Sex    ____Disability    ____Age

Does your charge of discrimination involve:

a.  Your job or seeking employment? _____ Yes ✓ No  **OR**

If yes, which if the following apply:
___ Hiring
___ Work Assignment
___ Promotion
___ Demotion
___ Discipline
___ Layoff/Recall
___ Retaliation
___ Termination
___ Other (Specify) _____

b.  Your using facilities or someone providing services/protection to you (or others)?
✓ Yes    _____ No

If yes, which of the following apply:
___ Brutality
✓ Harassment
___ Language
✓ Applying rules/laws differently
___ Access to buildings/programs
✓ Retaliation
___ Different standards/opportunities/programs
___ Segregation
___ Other (Specify) _____

Claimens
Ex. "I"

**What month(s), day(s), and year(s) did the most recent discrimination against you take place?**

Beginning:    Month _JUNE_        Day _19_      Year _2012_
Ending:       Month _____     Day _____     Year _2012_

**Explain in detail what happened and how you were discriminated against. State <u>who was involved</u> and <u>show how other persons were treated differently from you.</u> (Also attach any written materials or documentation pertaining to your case.)**

SEE ATTACHED /

**Has the opposite sex or have persons of other races, national origin, religions, or disabilities been treated differently from you in this particular matter? If yes, please explain and identify:** ✓ Yes _____ No

NO other Black man has been left In Restraints (shackles) for Approx. 11½ hours then Placed in a cell with 2 Locks while All In Restraints.

**Why do you believe this occurred?** I've been writing Grievances on this Institution for violation Policies, Rules and Regulations which has caused actions to be taken on the officers.

**What other information do you think might be helpful to our investigation?** I have several Inmates who have Personally witnessed the Retaliation and the Conduct of these officers In regards to me as far as cruel/unusual Punishment, Harrassment, and Applying Rules differently to me.

**If this complaint is resolved to your satisfaction, what remedy do you seek?** I would like to be Compensated for 11½ hours being left In shackles (restraints) and my Punitive Isolation time to be Dismissed!

(Continue any question on additional sheets if necessary)

-2-

(18)

On August 7th 2012, at approx. 12:35PM I was Placed In Restraints (Shackles) to go to Medical. I was In Full Restraints (Double-Handcuffed/Shackles). I returned at approx. 1:30PM and was Placed In My cell #108 and the Restraints were never Removed. The Officers left My Cell door and I realized the Restraints hadn't been Removed from My Ankles so I then yelled for Security but was told to "Shut-up." I completed an Affidavit at this time. I yelled again but NO Avail. Major Budnik/Capt. Emsweller were in the barracks and I yelled for them they Paused and told me to Stop yelling then they left the barracks.

I never yelled or Yelled again for FEAR of Disciplinary Actions So I went to sleep. Some time while I slept my Restraints Tightened causing me to lose Circulation in my Lower extremities. I was "FORCED" to sleep in Restraints. I Removed the Restraints for Script Shave at approx. 11:30PM.

Officers failed to do their Jobs effectively and as a Result I was in restraints for 11 1/2 hours with No Well or Remedy in Place to alleviate the Problem. Sgt. Naraman came to my cell door and spoke w/ me but said he'd be back but never returned.

Officers at fault are CO' Davidson, CO' Thornton, CO' Norris, CO' McDaniel, CO2 Wiesenbach, Sgt. Naraman, Sgt. Lantz Goforth, Capt. Emsweller, Major Budnik and Deputy Warden Grana.

Officers/Inmates who will Offer Testimony (over)

to the Related Events that Involve me
and how this unit is Retaliating
against me in an effort to inflict harm
on me, are as follows:

Sgt. James Young, CO'Zachary Parker, Inmate
Bradley Brumfield and Inmate Branden Trotter and
Cordarell Lockett.

Please Investigate ASAP.
Please send me Notification that you
have received this Packet.

ENCLOSED You will find Grievances which
has caused officers to be Disciplined and now they
Retaliate on me for what I've snitched.

ENDof Statements,

**Please list below any persons (witnesses, fellow employees, supervisors, or others) whom we might contact for additional information to support or clarify your complaint:**

| Name | Address | Telephone Number |
|---|---|---|
| Sgt. James Young | 300 Corrections Drive Newport, AR. 72112 | |
| CO' Zachary Parker | 300 Corrections Drive Newport, AR. 72112 | |
| Inmate Bradley Brumfield | 300 Corrections Drive Newport, AR. 72112 | |
| Inmate Cordarell Lockett | 300 Corrections Drive Newport, AR. 72112 | |
| Inmate Brandon Potter | 300 Corrections Drive Newport, AR. 72112 | |

**Have you filed a case or complaint with any of the following? (Check the appropriate items.)**

___ Civil Rights Division, U.S. Dept. Of Justice
___ U.S. Equal Employment Opportunity Commission
___ Other Federal Agency
___ Federal or State Court

___ State or local Human Relations Commission
___ State Law Enforcement Planning Agency
___ Attorney (Note the name and address above)
✓ Other (specify)   A.D.C - Grievance Office

**For any item checked above, please provide the following information:**

Name of Agency: _____
Date Filed: _____
Case or Docket Number: _____
Date of Trial or Hearing: _____
Location of Agency or court: _____
Name of Investigator: _____
Status of Case: _____

_____
_____

Additional comments: I would like this case to be Properly Investigated and to speak with someone about this issue to offer Personal Clarification on this matter.

DATE: 8-29-2012      SIGNED: _____

(Please also complete and submit the Identity Release Statement)
Please mail this form and the completed Identity Release Statement to the following address:

Office for Civil Rights
Office of Justice Programs
810 7th Street, N.W.
8th Floor
Washington, D.C. 20531

COMPLAINANT CONSENT/IDENTITY RELEASE FORM

Your Name: _____Grover Cort-Obama #145160_____

Address: _____300    Connections Drive_____

_____New fort_____ State___AR.___ Zip__72112__

Complaint number(s): (if known)_____ ⊗ _____

*Please read the information below, check the appropriate box, and sign this form.*

I have read the Notice of Investigatory Uses of Personal Information by the Department of Justice (DOJ). As a complainant, I understand that in the course of an investigation it may become necessary for DOJ to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOJ to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOJ to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by DOJ's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOJ.

## CONSENT/RELEASE

[✓] CONSENT - I have read and understand the above information and authorize DOJ to reveal my identity to persons at the organization or institution under investigation. I hereby authorize the Department of Justice (DOJ) to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

[ ] CONSENT DENIED - I have read and understand the above information and do not want DOJ to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_____        ___8-29-2012___

SIGNATURE                                    DATE